```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                     :
NYC TROPICAL HOUSE INC.,                   :
                                                     :
                           Plaintiff,      :           1:24-cv-7407-GHW
                                                       :
                           -v-                        :                   <u>ORDER</u>
                                                       :
CENTRAL PRODUCE CORP., *et al.*,   :
                                                       :
                          Defendants.    :
                                                       :
------------------------------------------------------------------ X
GREGORY H. WOODS, United States District Judge:

         On October 2, 2024, the Court scheduled an initial pretrial conference for December 17, 2024. Dkt. No. 6. On December 3, 2024, the Court issued an order requesting that Defendants show cause before the Court on January 7, 2025 why an order should not be granted pursuant to Fed. R. Civ. P. 65. Dkt. No. 10. As of the date of this order, Defendants have not appeared in this action. The initial pretrial conference is therefore adjourned to January 21, 2025 at 2:00 p.m. The deadline for the parties to submit the joint letter and proposed case management plan outlined in the Court's October 2, 2024 order, Dkt. No. 6, is extended to January 14, 2025. Plaintiff is directed to serve a copy of this order on Defendants.

         SO ORDERED.

Dated: December 4, 2024
         New York, New York

                                                        _____
                                                               GREGORY H. WOODS
                                                           United States District Judge