```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                                 :

NYC TROPICAL HOUSE INC.,

                                Plaintiff,           :                        1:24-cv-7407-GHW

                      -v-                                :                        <u>ORDER</u>

CENTRAL PRODUCE CORP., *et al.*,

                                Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As ordered on December 3, 2024, Dkt. No. 10, the Court held a hearing on the record on January 7, 2025, at which Defendants were ordered to show cause why an injunction should not be granted pursuant to Fed. R. Civ. P 65. Plaintiff appeared through counsel at the January 7, 2025 hearing; Defendants did not appear. As discussed during the hearing, Plaintiff is ordered to provide the Court with supplemental briefing on the issue of whether an injunction should be granted as to individual defendant Neldin Castro. Plaintiff is further ordered to provide the Court with a proposed preliminary injunction order.

      Additionally, as discussed during the January 7, 2025 hearing, Plaintiff's request to adjourn the initial pretrial conference scheduled for January 21, 2025 is granted. Because Defendants have not yet appeared in this action, the initial pretrial conference scheduled for January 21, 2025 is adjourned *sine die*, and the deadline to submit the joint letter and proposed case management plan outlined in the Court's October 2, 2024 order, Dkt. No. 6, is extended *sine die*. Plaintiff is ordered to serve a copy of this order on all defendants and to retain proof of service.

      SO ORDERED.

Dated: January 7, 2025
      New York, New York

                                                              _____
                                                                   GREGORY H. WOODS
                                                                 United States District Judge