```
                                                              USDC SDNY
                                                              DOCUMENT
                                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                  DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                                 DATE FILED: 3/10/2025
------------------------------------------------------------- X
                                                  :
NYC TROPICAL HOUSE INC.,                          :
                                                  :
                           Plaintiff,             :           1:24-cv-7407-GHW
                                                  :
            -v-                                   :           ORDER
                                                  :
CENTRAL PRODUCE CORP., et al.,                    :
                                                  :
                           Defendants.            :
                                                  :
------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

Plaintiff commenced this action by filing the complaint on October 1, 2024. Dkt. No. 1. On December 9, 2024, Plaintiff filed an affidavit stating that process was served on Defendants on December 6, 2024. Dkt. No. 12. As of the date of this order, Defendants have not appeared in this action.

On December 3, 2024, the Court issued an order that Defendants show cause why the Court should not issue a preliminary injunction pursuant to Fed. R. Civ. P. 65 in this case. Dkt. No. 10. The order to show cause was served on Defendants on December 6, 2024. Dkt. No. 12. The Court held a hearing on the record on January 7, 2025. Defendants did not appear at the hearing either in person or through counsel. On January 19, 2025, the Court issued a preliminary injunction pursuant to Fed. R. Civ. P. 65, ordering that Defendants and their agents are enjoined from alienating, dissipating, paying over, or assigning any assets or deposits of Defendant Central Produce Corp. during the pendency of this action, except as necessary to make payment to Plaintiff. Dkt. No. 17.

Because Defendants have been served and the deadline for Defendants to timely answer the complaint has passed, and because the Court has issued a preliminary injunction, the Court expects that no later than March 31, 2025, Plaintiff will file an application for the entry of default and for an order to show cause why default judgment should not be granted. The Court expects that any

application for an order to show cause why default judgment should not be granted will comply with the Court's Individual Rules of Practice in Civil Cases, specifically Attachment A to the Individual Rules.

SO ORDERED.

Dated: March 10, 2025
      New York, New York

_____
GREGORY H. WOODS
United States District Judge